KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
ELIZABETH K. MCCLOSKEY - # 268184
emccloskey@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
CATHERINE C. PORTO - # 331168
cporto@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Plaintiffs
JASON BLESSING and REHMANN RAYANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JASON BLESSING and REHMANN RAYANI,<br><br>Plaintiffs,<br><br>v.<br><br>PLEX SYSTEMS, INC. and PLEX SYSTEMS HOLDINGS, INC.,<br><br>Defendants. | Case No. 4:21-cv-05951-PJH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:       Hon. Phyllis J. Hamilton<br><br>Date Filed:  August 2, 2021 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

A settlement agreeable to all parties has been reached in the above-captioned matter. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties have stipulated to the dismissal of this case with prejudice.

Dated: July 25, 2022                             KEKER, VAN NEST & PETERS LLP

                                        By:   */s/ R. James Slaughter*
                                              JOHN W. KEKER
                                              R. JAMES SLAUGHTER
                                              ELIZABETH K. MCCLOSKEY
                                              BAILEY W. HEAPS
                                              CATHERINE C. PORTO

                                              Attorneys for Plaintiffs
                                              JASON BLESSING and REHMANN
                                              RAYANI

Dated: July 25, 2022                             DECHERT LLP

                                        By:   */s/ Richard S. Horvath, Jr.*
                                              RICHARD S. HORVATH, JR.
                                              MATTHEW F. WILLIAMS

                                              Attorneys for Defendants
                                              PLEX SYSTEMS, INC. and PLEX
                                              SYSTEMS HOLDINGS, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: July 25, 2022

                                               */s/ R. James Slaughter*
                                               R. JAMES SLAUGHTER